UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CLIFF'S PLANTATION TIMBER FARMS, LLC            PLAINTIFF

VS.            5:05-CV-00197 DCB JCS

UNITED STATES OF AMERICA            DEFENDANT

*[FILED JAN 24 2006, J.T. NOBLIN, CLERK]*

## AGREED ORDER GRANTING EXTENSION OF TIME

This cause is before the Court on the *ore tenus* motion of the United States, by and through the United States Attorney, for a one-week extension of time to submit a Rebuttal to Plaintiff's Reponse to the Motion to Dismiss. Counsel for the Plaintiff has no objection to this request for extension of time. Having considered the motion, the Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the United States shall have an extension of time until January 27, 2006, within which to submit a Rebuttal to Plaintiff's Response to the Motion to Dismiss.

SO ORDERED this the 20th day of January, 2006.

*/s/ David Bramlette*
UNITED STATES DISTRICT JUDGE